S. J. Kornhauser, Cleveland, for plaintiff in error.

F. T. Cullitan, Cleveland, and T. A. Burke, Jr., Cleveland, for defendant in error.

RICHARDS, J, (6th Dist) LEMERT and MONTGOMERY, JJ, (5th Dist) sitting.

### SELMAN v STATE

Ohio Appeals, 8th Dist, Cuyahoga Co

No. 14252. Decided Oct 22, 1934

We have examined the other alleged errors but find none to prejudice the plaintiff in error.

For these reasons the judgment will be affirmed.

LEMERT and MONTGOMERY, JJ, concur.

## WISSEL et v McCORMICK

Ohio Appeals, 1st Dist, Hamilton Co

Decided June 4, 1934

## OPINION

By RICHARDS, J.

The trial judge in this case may well have found on the evidence that the primary purpose and object of Dr. Selman, who was naturally interested for his employer the Stone Knitting Company, was to impress upon Dr. Isham that Beckerman was not guilty in the arson case, and to have Dr. Isham communicate that fact to his wife who was one of the jurors. Such a finding and conclusion would not be manifestly against the weight of the evidence.

However, it appears from the record that no motion for a new trial was filed in the case. For that reason this court is unable to weigh the evidence.